IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JOANNA DYKES, et al.,

      Plaintiffs,

v.                                    CASE NO.: 4:11cv116-SPM/WCS

ELIZABETH DUDEK, et al.,

      Defendants.
_____/


## ORDER EXTENDING TIME TO RESPOND

Upon consideration, the Stipulated Motion for Local Rule 6.1 Extension for

Filing Defendants' Response to Complaint (doc. 8) is granted.  Defendants shall

have up to and including May 31, 2011, to file their response.

SO ORDERED this 20th day of April, 2011.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge