IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOANNA DYKES, et al.,

    Plaintiffs,

v.                                         CASE NO.: 4:11cv116-SPM/WCS

ELIZABETH DUDEK, et al.,

    Defendants.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, the Second Stipulated Motion for Local Rule 6.1 Extension for Filing Defendants' Response to Complaint (doc. 17) is granted.

Defendants shall have up to and including June 14, 2011, to file their response.

SO ORDERED this 1st day of June, 2011.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                Chief United States District Judge