IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOANNA DYKES; DAVID WALKER, by and through his next friend, Michele Beauregard; HEATHER YOUNG, by and though her next friend Robert Stark; MICHELLE CONGDEN; AMANDA PIVINSKI; and DISABILITY RIGHTS FLORIDA, INC., a Florida non-profit corporation,

    Plaintiffs

vs.                              CASE NO. 4:11cv116/RS-WCS

ELIZABETH DUDEK, in her official capacity as Secretary of the Florida Agency for Health Care Administration; BRIAN VAUGHAN, in his official capacity as (Interim) Director of the Florida Agency for Persons with Disabilities; and RICK SCOTT, in his official capacity as Governor of the State of Florida,

    Defendants.
_____/

### ORDER

The relief requested by Plaintiffs' Stipulated Motion For Local Rule 6.1 Extension For Filing Plaintiffs' Response To Motions To Dismiss And Motion To Certify Class (Doc. 27) is **granted**.

**ORDERED** on June 22, 2011.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**