IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOANNA DYKES, et al.,

    Plaintiffs,

vs.                                 CASE NO. 4:11cv116/RS-WCS

ELIZABETH DUDEK in her
official capacity as Secretary of the
Florida Agency for Health Care
Administration, et al.,

    Defendants.
_____

## ORDER

The relief requested in the Agreed Stipulation Regarding Deadline for Joint Scheduling Report (Doc. 31) is **GRANTED**. The Joint Report shall be filed not later than July 14, 2011.

**ORDERED** on July 13, 2011.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**