IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOANNA DYKES, et al.,**

      **Plaintiffs,**

vs.                                      **CASE NO. 4:11cv116/RS-WCS**

**ELIZABETH DUDEK in her
official capacity as Secretary of the
Florida Agency for Health Care
Administration, et al.,**

      **Defendants.**
_____

## ORDER

The relief requested in the Stipulated Motion for Extension (Doc. 33) is

**GRANTED**. The Joint Report shall be filed not later than July 15, 2011.

**ORDERED** on July 14, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**