IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOANNA DYKES; DAVID WALKER, by and through his next friend, Michele Beauregard; HEATHER YOUNG, by and though her next friend Robert Stark; MICHELLE CONGDEN; AMANDA PIVINSKI; and DISABILITY RIGHTS FLORIDA, INC., a Florida non-profit corporation,

    Plaintiffs

vs.                                    CASE NO. 4:11cv116/RS-WCS

ELIZABETH DUDEK, in her official capacity as Secretary of the Florida Agency for Health Care Administration; BRIAN VAUGHAN, in his official capacity as (Interim) Director of the Florida Agency for Persons with Disabilities; and RICK SCOTT, in his official capacity as Governor of the State of Florida,

    Defendants.
_____/

## ORDER

The Joint Motion Regarding Deadline For Filing Motion To Certify Class (Doc. 35) is denied. This case has been pending since March 23, 2011, and Plaintiffs' attorney has provided no reason why an extension of the deadline to file for class certification is necessary. Any motion for class certification shall be filed not later than August 31, 2011. The parties may file an amended Rule 26 Joint Report not later than ten days from the date of this Order.

**ORDERED** on July 18, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**