IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOANNA DYKES, et al.,

    Plaintiffs,

vs.                          CASE NO. 4:11cv116/RS-WCS

ELIZABETH DUDEK in her
official capacity as Secretary of the
Florida Agency for Health Care
Administration, et al.,

    Defendants.
_____

## ORDER

The relief requested in the Unopposed Motion for Leave to Amend Plaintiff's Response to the Governor's Motion to Dismiss Amended Complaint (Doc. 53) is **GRANTED**. The amended response shall be filed not later than August 15, 2011.

**ORDERED** on August 10, 2011.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**